IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JODI STEARNS,<br><br>                    Plaintiff,<br><br>vs.<br><br>MIDWEST MEDICAL TRANSPORT CO., LLC,<br><br>                    Defendant. | 4:15-CV-3114<br><br>MEMORANDUM AND ORDER |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before November 16, 2015, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. This case is removed from the Court's trial docket.

4. The Clerk of the Court shall set a dismissal papers deadline of November 16, 2015.

Dated this 16th day of October, 2015.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard